UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 1:12-00002-1 |
| v. | ) | William J. Haynes, Jr. |
| | ) | Chief Judge, U.S. District Court |
| | ) | |
| EUGENE WEISS | ) | |

## MOTION TO CONTINUE TRIAL DATE, PLEA HEARING, AND RELATED DEADLINES

**NOW COMES** the defendant, Eugene Weiss, through undersigned counsel, and respectfully requests that this Honorable Court continue the trial presently set for July 16, 2013, and the plea hearing set for July 3, 2013. The reasons for this motion are as follows:

1. 18 U.S.C. § 3161(h)(8)(A) provides, in pertinent part, that any period of delay resulting from a continuance granted on the basis of a court's findings that the ends of justice served by the granting of a continuance outweigh the best interest of the public and the defendant in a speedy trial shall be excluded in computing the time within which the trial must commence.

2. The factors which a judge shall consider in determining whether to grant a continuance are found in § 3161(h)(8)(B)(iv). One such factor is whether denial of a continuance would deny counsel for the defendant "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

3. A continuance of the trial is necessary so that counsel may further review, investigate and discuss this case with Mr. Weiss, and finalize the details

ORDER
This motion is GRANTED in the interests of justice to allow the Defendant to finalize plea negotiations and to allow his counsel to be prepared for trial, if necessary.
USDJ
7-2-13